**No. 43211.**—Protest 941618–G of B. A. McKenzie & Co., Inc. (Seattle).

Opinion by TILSON, J. On the question of whether or not the skirts are composed in part of braid the original decision was adhered to and they were held to be entireties dutiable at 90 percent under paragraph 1529. The separate jumpers were held dutiable at 50 cents per pound and 50 percent ad valorem under paragraph 1114 as claimed.

BEFORE THE THIRD DIVISION, FEBRUARY 7, 1940

**No. 43212.**—Protests 943027–G, etc., of E. & J. Burke, Ltd. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Burke* v. *United States* (3 Cust. Ct. 276, C. D. 253) Amer Picon was held dutiable at $2.50 per proof gallon under paragraph 802 and T. D. 48316 as claimed.

BEFORE THE FIRST DIVISION, FEBRUARY 9, 1940

**No. 43213.**—Protests 879581–G, etc., of S. H. Kress & Co. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of siren horns similar to those the subject of Abstract 39948. The claim at 45 percent under paragraph 397 was therefore sustained.

**No. 43214.**—Protest 892331–G of M. Zwiebel, Inc. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of squawker balloons composed wholly or in part of bamboo. On the authority of Abstract 40493 the claim at 45 percent under paragraph 409 was sustained.